Richard J. Martikonis and Belva Staas, Plaintiffs-Appellants, v. City of Rockford, a Municipal Corporation, and H. S. Merz, Superintendent of Water Department, City of Rockford, Illinois, Defendants-Appellees.

Gen. No. 67–33.

Second District.

November 3, 1967.

Knight, Ingrassia and Schirger, of Rockford, for appellants; William E. Collins, Corporation Counsel, of Rockford, for appellees. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**